

# Application for Employment

Applicants will receive consideration without discrimination due to race, color, creed, sex, age, national origin, handicap, genetic information, or veteran status. No application will be rejected as a result of a disability that, with reasonable accommodation, does not prevent performance of the essential job duties.

This application is considered current for three (3) months from the date of completion of this application. If an applicant wishes to pursue employment after this period, he/she must complete and submit a new application.

*(Please Print)*

Name: Roy, Tara J
LAST / FIRST / MIDDLE

Address: [redacted] ME
NUMBER STREET CITY STATE ZIP CODE

Email Address: [redacted].com

Telephone: (207) [redacted]   Social Security Number: [redacted]

Position Applied For: LPN   Date of Application: 7-18-12

Are you able to perform the primary duties of the job as outlined in the newspaper/internet advertisement, announcement, posting, job description, etc. with or without accommodation? ☒ Yes ☐ No

Do you have a family member that currently works for CCS? ☐ Yes ☒ No

If yes, please provide their name, relationship to you and location. _____

**Note: CCS policy prohibits dual relationships and does not allow employees to supervise an immediate family member. For purposes of employment, immediate family includes: spouse, children, grandchildren, brothers, sisters, parents, legal guardian, grandparents, and domestic partners.

Have you ever applied with this company before? ☐ Yes ☒ No

If yes, when and where? _____

Have you ever been employed with this company or at one of our sites? ☐ Yes ☒ No
If yes, when and where? _____

If currently employed, may we contact your employer? ☒ Yes ☐ No

On what date would you be available for work? _____

Available to work: ☒ Full Time  ☒ Part Time  ☒ On-call/PRN  ☐ Temporary  ☐ Over-time

Shift applying for: ☒ First  ☐ Second  ☐ Third  ☐ Any Shift  ☐ Weekends only

Any restrictions on your availability? I can work some weekends and few nights.

Can you travel if required? ☒ Yes ☐ No   Are you legally eligible to work in the U.S.? ☒ Yes ☐ No



Tara J. Roy
EXHIBIT 5
JR 00134
March 15, 2017 CCP

# Employment History  *See Resume*

Please start with your present or last job. Include military service assignments. You may also attach a resume.

| Employer Name | Dates Employed | | Work Performed |
|---|---|---|---|
| Address / City, State, Zip | From | To | |
| Company Phone Number | | | |
| Job Title | Hourly Rate/Salary | | |
| Reason for Leaving | Starting | Final | |
| Supervisor | | | |

| Employer Name | Dates Employed | | Work Performed |
|---|---|---|---|
| Address / City, State, Zip | From | To | |
| Company Phone Number | | | |
| Job Title | Hourly Rate/Salary | | |
| Reason for Leaving | Starting | Final | |
| Supervisor | | | |

| Employer Name | Dates Employed | | Work Performed |
|---|---|---|---|
| Address / City, State, Zip | From | To | |
| Company Phone Number | | | |
| Job Title | Hourly Rate/Salary | | |
| Reason for Leaving | Starting | Final | |
| Supervisor | | | |

| Employer Name | Dates Employed | | Work Performed |
|---|---|---|---|
| Address / City, State, Zip | From | To | |
| Company Phone Number | | | |
| Job Title | Hourly Rate/Salary | | |
| Reason for Leaving | Starting | Final | |
| Supervisor | | | |

JR   00135

CCS
CORRECT CARE

Revised Jan 2012

Please explain any periods of unemployment or gaps in employment. I took some time off when my children were born. Also did not work while I was in nursing school

Please specify any employers that you do not wish us to contact. _____

Give name, address and telephone number of three professional references

| | Name | Address | Phone |
|---|---|---|---|
| 1. | Elaine Lawrence | Lewiston | |
| 2. | Shandra Bishop | Auburn | |
| 3. | Katie Murphy | Greene | |

Have you been convicted of any crime (excluding minor traffic violations) ☐ Yes ☒ No
Note: A conviction will not necessarily disqualify you from employment.

If yes, please explain
(When & where) _____

Describe any and all conviction(s) & final outcome(s) _____

Have you ever had a professional license revoked, reviewed, suspended or limited in any way? ☐ Yes ☒ No

If yes, please explain
_____

## Education

| | High School | College/University /Technical | Graduate School | Nursing School |
|---|---|---|---|---|
| Name of School City/State | Lewiston H.S. | | | Intercoast Career Institute |
| Years Completed (circle) | 9 10 11 (12) | 1 2 3 4 | 1 2 3 4 | |
| Diploma/Degree | | | | LPN |

JR  00136

Describe any specialized training, skills and extra-curricular activities:

First Aid, CPR, Hospice trained grief counselor

Honors Received: _____

Please state any additional information you feel may be helpful to us in considering your application:

## AGREEMENT

1. In the event I am offered and I accept a position with CCS, I will comply with all rules and regulations as set forth in the Company policy handbook or any other communications announced, posted or distributed.
2. I understand that the site/facility at which the position I am applying for will conduct a background investigation for the purpose of issuing a security clearance. If the investigation does not satisfy our client institution, I will be denied a security clearance and any offer of employment will be withdrawn immediately, or my employment with CCS will be terminated immediately without any obligation or liability to me other than payment, at the rate agreed upon, for services actually rendered.
3. I understand that CCS may conduct pre-employment checks such as reference checks and background investigations. I give my permission to conduct any and all such pre-employment checks.
4. I hereby authorize investigation of all statements contained in this application and agree that if any material or willful misrepresentation or omission has been made by me herein or the results of an investigation are not satisfactory for any reason, any offer of employment made to me by CCS may be withdrawn immediately, or my employment with CCS will be terminated immediately without any obligation or liability to me other than payment, at the rate agreed upon, for services actually rendered.
5. I understand and agree that my employment is at-will, that this employment application and any other CCS documents are not contracts of employment, and that no employment contracts have been created. I also understand and agree that my employment may be terminated at any time with or without cause, and with or without advance notice at the option of either the Company or myself so long as there is no violation of applicable federal or state law. I also understand that no supervisor, manager or other representative of CCS has any authority to enter into any express or implied contract for employment of any specified period of time. Any employment agreement contrary to the above must be in writing, must expressly state it is a contract, and be signed by the President or Vice President-Administration.
6. Consent for Pre-employment/Post-Offer Drug Testing:
   I acknowledge that Correct Care Solutions conducts pre-employment/post-offer testing for the presence of illegal drugs and abuse of prescription drugs. I understand that any questions I have regarding policy or statutes are to be directed to CCS Human Resources. My signature below indicates that, if offered employment, I consent to submit to drug testing.

_____     7-18-12
Signature of Applicant     Date

JR 00137

CCS

Revised Jan 2012