# United States Court of Appeals
## For the First Circuit

_____

No. 18-1313

TARA J. ROY,

Plaintiff, Appellant,

v.

CORRECT CARE SOLUTIONS, LLC; STATE OF MAINE DEPARTMENT OF CORRECTIONS; RODNEY BOUFFARD, individually; TROY ROSS, individually,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: January 28, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment for the Maine Department of Corrections and Correct Care Solutions, LLC, is reversed, its grant of summary judgment for Troy Ross and Rodney Bouffard is affirmed, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs are awarded to Tara J. Roy.


By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Jon David Levy
Christa Berry, Clerk, United States District Court for the District of Maine
John P. Gause
Melinda J. Caterine
Valerie A. Wright
Barbara L. Archer Hirsch
Gail S. Coleman
Jennifer S. Goldstein
Elizabeth Ellen Theran