## APPENDIX A

## DEFENDANT CORRECT CARE SOLUTIONS, LLC
## WITNESS:

Tara Roy (Ruth), Plaintiff

Michael Ruth, Plaintiff's spouse

Randy Harris
c/o Defendant CCS

Robin Cross-Snell
c/o Defendant CCS

Elisabeth Lamson
c/o Defendant CCS

Brian Castonguay
c/o Defendant CCS

John Newby
c/o Defendant CCS

Vanessa Reed-Chapman
c/o Defendant CCS

Dana Lehouillier
c/o Defendant CCS

Samantha Kaplan Kieltyka
c/o Defendant CCS

Amy Rowland
c/o Defendant CCS

Rodney Bouffard
c/o Defendant MDOC

Deputy Warden Ross
c/o Defendant MDOC

Anthony Cartlidge
c/o Defendant MDOC

Sergeant Doyle
c/o Defendant MDOC

Sergeant Melquist
c/o Defendant MDOC

Corrections Officer Parrow
c/o Defendant MDOC

Corrections Officer Garrido
c/o Defendant MDOC

Corrections Officer Deguisto
c/o Defendant MDOC

Corrections Officer King
c/o Defendant MDOC

Corrections Officer Snodgrass
c/o Defendant MDOC

Corrections Officer Snow
c/o Defendant MDOC

Corrections Officer Turner
c/o Defendant MDOC

Corrections Officer Dever
c/o Defendant MDOC

Corrections Officer Emerson
c/o Defendant MDOC

Jeanne Fales
c/o Defendant MDOC

Christopher Temple
57 School Street
Gardiner, ME

Witnesses identified by the parties in their Initial Disclosures, Answers to Interrogatories, and Pretrial Memoranda.

Witnesses identified in documents exchanged during discovery.