**APPENDIX B**

**DEFENDANT CORRECT CARE SOLUTIONS, LLC
EXHIBITS**

| DESCRIPTION | BATES NO. |
|---|---|
| Deposition Transcript of Tara Roy (*Redacted*) March 15, 2017 | JR 00001-00103 |
| Roy Exhibit 1 - Notice of Deposition | JR 00104-00106 |
| Roy Exhibit 2 - Maine Workers' Comp paperwork for Tara Roy **(FILED UNDER SEAL)** | JR 00107-00114 |
| Roy Exhibit 3 - Resume of Tara Roy | JR 00115 |
| Roy Exhibit 4 - Information Regarding Incident before State of Maine, Board of Nursing **(FILED UNDER SEAL)** | JR 00116-00133 |
| Roy Exhibit 5 - CCS Application for Employment | JR 00134-00137 |
| Roy Exhibit 6 - 8/2/12 Letter from CCS to Tara Roy | JR 00138 |
| Roy Exhibit 7 - CCS Position Description | JR 00139-00142 |
| Roy Exhibit 8 - CCS Team Member Manual Acknowledgement | JR 00143 |
| Roy Exhibit 9 - Photocopy of Team Member Manual | JR 00144-00191 |
| Roy Exhibit 10 - Discipline- Performance Counseling – CCS Dated 2/5/13 | JR 00192 |
| Roy Exhibit 11 - Discipline – Performance Counseling - CCS Dated 4/3/13 | JR 00193 |
| Roy Exhibit 12 - Discipline – Performance Counseling – CCS Dated 6/4/13 | JR 00194 |
| Roy Exhibit 13 - 6/20/14 Incident Report | JR 00195-00196 |
| Roy Exhibit 14 - Incident Report | JR 00197 |
| Roy Exhibit 15 - 8/26/14 Incident Report | JR 00198-00199 |
| Roy Exhibit 16 - 9/12/14 Incident Report | JR 00200 |
| Roy Exhibit 17 - 9/23/14 Incident Report | JR 00201-00204 |
| Roy Exhibit 18 - 9/23/14 Letter to Tara Roy from DOC | JR 00205 |
| Roy Exhibit 19 -  9/26/14 Incident Report | JR 00206 |
| Roy Exhibit 20 - 10/2/14 E-mail from Rodney Bouffard to John Newby, Subject: Nurse Tara Roy and 10/2/14 Discipline-Performance Counseling-CCS Form | JR 00207-00208 |
| Roy Exhibit 21 - Notice of Gate Stop | JR 00209 |
| Roy Exhibit 22 - 2/5/13 E-mail from Tara Roy to Kathleen Lincoln **(FILED UNDER SEAL)** | JR 00210-00218 |
| Roy Exhibit 23 - Charge/Complaint of Discrimination | JR 00219-00221 |
| Roy Exhibit 24 - E-mails between Tara Roy and Elizabeth Lamson Multiple E-mails | JR 00222-00242 |
| Roy Exhibit 25 - Multiple E-mails between Tara Roy and Robin Cross-Snell | JR 00243-00252 |
| Roy Exhibit 26 - Photographs of Text Messages | JR 00253-00264 |
| Roy Exhibit 27 -  Complaint and Demand for Jury Trial | JR 00265-00278 |
| Roy Exhibit 28 - Wage and Tax Statements | JR 00279-00286 |

| | |
|---|---|
| Roy Exhibit 29 - Handwritten Note | JR 00287 |
| Roy Exhibit 30 - Plaintiff's Responses to CCS's First Request for Production of Documents | JR 00288-00310 |
| Roy Exhibit 31 - Plaintiff's Initial Disclosures | JR 00311-00317 |
| Roy Exhibit 32 - Plaintiff's Answers and Objections to Defendant CCS's First Set of Interrogatories to Plaintiff | JR 00318-00346 |
| Roy Exhibit 33 - 7/17/14 Incident Report **(FILED UNDER SEAL)** | JR 00347 |
| Roy Exhibit 34 - Image **(FILED UNDER SEAL)** | JR 00348 |
| Roy Exhibit 35 - Image **(FILED UNDER SEAL)** | JR 00349 |
| Roy Exhibit 36 - Image **(FILED UNDER SEAL)** | JR 00350 |
| Roy Exhibit 37 - Plaintiff's Objections and Response to State Defendant's first Set of Interrogatories to Plaintiff **(FILED UNDER SEAL)** | JR 00351-00376 |
| Roy Exhibit 38 - 9/18/14 Report by Correctional Officer David Snow | JR 00377 |
| Roy Exhibit 39 - Incident Report Dated 9/24/**14 (FILED UNDER SEAL)** | JR 00378 |
| Deposition Transcript of Robin Cross-Snell (*Redacted*) March 16, 2017 | JR 00379-00405 |
| Deposition Transcript of Vanessa Reed-Chapman (*Redacted*) March 16/2017 | JR 00406-00422 |
| Deposition Transcript of Elisabeth Lamson (*Redacted*) March 16, 2017 | JR 00423-00478 |
| Lamson (*Plaintiff's*) Exhibit 1 - E-mail 2/5/13 **(FILED UNDER SEAL)** | JR 00479 |
| Lamson (*Plaintiff's*) Exhibit 2 - Investigative Report, 2/25/13 **(FILED UNDER SEAL)** | JR 00480-00487 |
| Lamson (*Plaintiff's*) Exhibit 7 - Incident Report, 6/20/14 | JR 00488-00489 |
| Lamson (*Plaintiff's*) Exhibit 8 - Screen Shot of Text Messages | JR 00499-00493 |
| Lamson (*Plaintiff's*) Exhibit 9 - E-mail, 7/16/14 | JR 00494 |
| Lamson (*Plaintiff's*) Exhibit 10 - E-mail, 7/16/14 | JR 00495 |
| Lamson (*Plaintiff's*) Exhibit 11 - Screen Shot of Text Messages | JR 00496-00503 |
| Lamson (*Plaintiff's*) Exhibit 12 – E-mail, 7/17/14 | JR 00504 |
| Lamson (*Plaintiff's*) Exhibit 13 – E-mail, 7/18/14 | JR 00505 |
| Lamson (*Plaintiff's*) Exhibit 14 – E-mail, 7/17/14 | JR 00506 |
| Lamson (*Plaintiff's*) Exhibit 15 – E-mail, 7/23/14 | JR 00507 |
| Lamson (*Plaintiff's*) Exhibit 16 – E-mail, 7/23/14 | JR 00508 |
| Lamson (*Plaintiff's*) Exhibit 17 – E-mail, 7/24/14 | JR 00509 |
| Lamson (*Plaintiff's*) Exhibit 18 – E-mail, 7/24/14 | JR 00510 |
| Lamson (*Plaintiff's*) Exhibit 19 – E-mail, 7/25/14 | JR 00511 |
| Lamson (*Plaintiff's*) Exhibit 20 – E-mail, 7/25/14 | JR 00512 |
| Lamson (*Plaintiff's*) Exhibit 21 – E-mail, 7/31/14 | JR 00513 |
| Lamson (*Plaintiff's*) Exhibit 22 – Incident Report, 7/30/14 | JR 00514-00515 |
| Lamson (*Plaintiff's*) Exhibit 23 – Incident Report, 7/31/14 | JR 00516-00517 |

| | |
|---|---|
| Lamson (*Plaintiff's*) Exhibit 24 – E-mail, 7/31/14 | JR 00518 |
| Lamson (*Plaintiff's*) Exhibit 25 – E-mail, 8/01/14 | JR 00519 |
| Lamson (*Plaintiff's*) Exhibit 26 – E-mail, 8/01/14 | JR 00520 |
| Lamson (*Plaintiff's*) Exhibit 27 – E-mail, 8/27/14 | JR 00521 |
| Lamson (*Plaintiff's*) Exhibit 28 – E-mail, 8/01/14 | JR 00522 |
| Lamson (*Plaintiff's*) Exhibit 29 – Incident Report 8/2/14 **(FILED UNDER SEAL)** | JR 00523 |
| Lamson (*Plaintiff's*) Exhibit 30 – E-mail, 8/04/14 | JR 00524 |
| Lamson (*Plaintiff's*) Exhibit 31 – E-mail, 8/04/14 | JR 00525 |
| Lamson (*Plaintiff's*) Exhibit 32 – E-mail, 8/14/14 | JR 00526 |
| Lamson (*Plaintiff's*) Exhibit 33 – Incident Report, 8/26/14 **(FILED UNDER SEAL)** | JR 00527 |
| Lamson (*Plaintiff's*) Exhibit 34 – Incident Report, 8/26/14 **(FILED UNDER SEAL)** | JR 00528 |
| Lamson (*Plaintiff's*) Exhibit 35 – E-mail, 8/27/14 **(FILED UNDER SEAL)** | JR 00529 |
| Lamson (*Plaintiff's*) Exhibit 36 – E-mail, 8/27/14 **(FILED UNDER SEAL)** | JR 00530 |
| Lamson (*Plaintiff's*) Exhibit 37 – E-mail, 8/29/14 **(FILED UNDER SEAL)** | JR 00531 |
| Lamson (*Plaintiff's*) Exhibit 38 – Incident Report 8/26/14 **(FILED UNDER SEAL)** | JR 00532-00533 |
| Lamson (*Plaintiff's*) Exhibit 39 – E-mail 8/27/14 **(FILED UNDER SEAL)** | JR 00534 |
| Lamson (*Plaintiff's*) Exhibit 40 – E-mail 8/28/14 **(FILED UNDER SEAL)** | JR 00535 |
| Lamson (*Plaintiff's*) Exhibit 41 – E-mail 9/03/14 **(FILED UNDER SEAL)** | JR 00536 |
| Lamson (*Plaintiff's*) Exhibit 42 – E-mail 10/09/14 **(FILED UNDER SEAL)** | JR 00537 |
| Lamson (*Plaintiff's*) Exhibit 43 – E-mail 10/09/14 **(FILED UNDER SEAL)** | JR 00538 |
| Lamson (*Plaintiff's*) Exhibit 44 – Letter, from Deputy Warden Ross **(FILED UNDER SEAL)** | JR 00539 |
| Lamson (*Plaintiff's*) Exhibit 45 – Screen Shot of Text Messages (FILED UNDER SEAL) | JR 00540-00551 |
| Lamson (*Plaintiff's*) Exhibit 46 – E-mail, 8/27/14 | JR 00552 |
| Lamson (*Plaintiff's*) Exhibit 47 – E-mail, 8/27/14 **(FILED UNDER SEAL)** | JR 00553 |
| Lamson (*Plaintiff's*) Exhibit 48 – E-mail, 8/27/14 | JR 00554 |
| Lamson (*Plaintiff's*) Exhibit 49 – Memo, 8/28/14 | JR 00555 |
| Lamson (*Plaintiff's*) Exhibit 50 – Incident Report, 9/12/14 **(FILED UNDER SEAL)** | JR 00556 |
| Lamson (*Plaintiff's*) Exhibit 51 – Memo, 8/27/14 **(FILED UNDER SEAL)** | JR 00557 |

| | |
|---|---|
| Lamson (*Plaintiff's*) Exhibit 52 – MSP Report, 8/26/14 **(FILED UNDER SEAL)** | JR 00558 |
| Lamson (*Plaintiff's*) Exhibit 53 – MSP Report, 8/27/14 **(FILED UNDER SEAL)** | JR 00559 |
| Lamson (*Plaintiff's*) Exhibit 54 – MSP Report, 9/29/14 **(FILED UNDER SEAL)** | JR 00560-00565 |
| Lamson (*Plaintiff's*) Exhibit 55 – Letter, 10/01/14 **(FILED UNDER SEAL)** | JR 00566 |
| Lamson (*Plaintiff's*) Exhibit 56 – E-mail, 2/19/14 | JR 00567-00568 |
| Lamson (*Plaintiff's*) Exhibit 57 – Email, 9/19/14 | JR 00569 |
| Lamson (*Plaintiff's*) Exhibit 58 - MSP Report, 9/18/14 **(FILED UNDER SEAL)** | JR 00570 |
| Lamson (*Plaintiff's*) Exhibit 59 – Incident Report, 9/10/14 | JR 00571-00574 |
| Lamson (*Plaintiff's*) Exhibit 60 – E-mail, 9/23/14 | JR 00575 |
| Lamson (*Plaintiff's*) Exhibit 61 -  E-mail, 9/23/14 | JR 00576 |
| Lamson (*Plaintiff's*) Exhibit 62 – Letter, 9/23/14 | JR 00577 |
| Lamson (*Plaintiff's*) Exhibit 63 – Incident Report, 9/26/14 **(FILED UNDER SEAL)** | JR 00578 |
| Lamson (*Plaintiff's*) Exhibit 64 – MSP Report, 9/26/14 **(FILED UNDER SEAL)** | JR 00579 |
| Lamson (*Plaintiff's*) Exhibit 65 – MSP Report, 9/26/14 **(FILED UNDER SEAL)** | JR 00580 |
| Lamson (*Plaintiff's*) Exhibit 66 – Memo, 9/26/14 | JR 00581 |
| Lamson (*Plaintiff's*) Exhibit 67 – E-mail, 10/02/14 | JR 00582 |
| Lamson (*Plaintiff's*) Exhibit 68 – Notice of Gate Stop, 10/02/14 | JR 00583 |
| Lamson (*Plaintiff's*) Exhibit 69 – E-mail, 10/02/14 | JR 00584 |
| Lamson (*Plaintiff's*) Exhibit 70 – Request for Termination Checklist | JR 00585 |
| Lamson (*Plaintiff's*) Exhibit 71 – Discipline Performance Report | JR 00586 |
| Lamson (*Plaintiff's*) Exhibit 72 – Note from E. Lamson, 7/24/14 | JR 00587 |
| Lamson (*Plaintiff's*) Exhibit 73 – Note from E. Lamson, 11/21/13 | JR 00588-00589 |
| Lamson Transcript Word Index | JR 00590-00614 |
| Deposition Transcript of Troy Ross (*Redacted*) March 17, 2017 | JR 00615-00648 |
| Deposition Transcript of Rodney Bouffard (*Redacted*) March 17, 2017 | JR 00649-00677 |
| Defendant State of Maine, Department of Corrections' Answers to Plaintiff's Interrogatories | JR 00678-00691 |
| Defendant Correct Care Solutions, LLC's Objections and Answers to Interrogatories Propounded by Plaintiff | JR 00692-00718 |
| Contract Between CCS and DOC with incorporated RFP | DOC 000719-000854 |
| Video **(FILED UNDER SEAL)** – To be submitted to Court separately on August 2, 2017 | |
| Labor Market Survey Conducted by Christopher Temple | |
| Documents listed in the Joint Record Supporting Defendants' Motions for Summary Judgment | ECF No. 35-50 |

15

| | |
|---|---|
| Plaintiff's personnel file from her employment with CCS | |
| Plaintiff's payroll records from CCS | |
| Plaintiff's payroll records from Community Partners | |
| Plaintiff's payroll records from Riverview Psychiatric Hospital | |
| Plaintiff's payroll records from MAS | |
| Plaintiff's tax returns | |
| Each of the parties' Initial Disclosures | |
| Each of the parties' Answers to Interrogatories | |
| Each of the parties' Reponses to Document Requests | |
| Each of the parties' submissions to the Maine Human Rights Commission | |