UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| TARA J. ROY, )<br>  )<br>     Plaintiff, )<br>  )<br>v. )<br>  )<br>CORRECT CARE SOLUTIONS, LLC; )<br>  )<br>STATE OF MAINE, DEPARTMENT OF )<br>CORRECTIONS; )<br>  )<br>RODNEY BOUFFARD, individually, )<br>  )<br>     and )<br>  )<br>TROY ROSS, individually, )<br>  )<br>     Defendants ) | No. 1:16-cv-00383-JDL |

### STIPULATION OF DISMISSAL

NOW COME all parties and stipulate to the dismissal of this action with prejudice and without costs or attorney's fees to any party.

Dated: July 30, 2019          /s/ John P. Gause

                                            John P. Gause, Esq., Bar No. 8192
                                            Eastern Maine Law, LLC
                                            77 Exchange Street, Suite 300
                                            Bangor, ME 04401
                                            (207) 947-5100
                                            jgause@easternmainelaw.com
                                            Attorney for Plaintiff Tara Roy

| | |
|---|---|
| DATED:  July 30, 2019 | /s/ Melinda J. Caterine |
| | _____ |
| | Melinda J. Caterine |
| | LITTLER MENDELSON, P.C. |
| | One Monument Square, Suite 600 |
| | Portland, ME  04101 |
| | (207) 774-6001 |
| | Attorney for Defendant Correct Care Solutions, LLC. |
| DATED: July 30, 2019 | AARON M. FREY |
| | Attorney General |
| | |
| | /s/ Valerie A. Wright |
| | VALERIE A. WRIGHT |
| | Assistant Attorney General |
| | Office of the Attorney General |
| | 6 State House Station |
| | Augusta, Maine 04333-0006 |
| | Tel. (207) 626-8800 |
| | valerie.a.wright@maine.gov |
| | |
| | Attorneys for Defendants State of Maine, Department of Corrections, Rodney Bouffard, and Troy Ross |